966

No. 609. AERONAUTICAL RADIO, INC., ET AL. v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied. *Donald C. Beelar, John S. Yodice* and *John E. Stephen* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum, Henry Geller* and *Daniel R. Ohlbaum* for the United States et al.

No. 613. POWELL v. JAMES. Court of Appeals of New York. Certiorari denied. *Henry R. Williams* and *George D. Covington* for petitioner. *Raymond Rubin* for respondent.

No. 614. SPECTOR v. UNITED STATES. Court of Claims. Certiorari denied. *Eugene Gressman* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for the United States. *E. G. Neumann* for the American Federation of Government Employees, as *amicus curiae,* in support of the petition.

No. 615. FALSETTI, ADMINISTRATOR, ET AL. v. LOWMAN ET AL. C. A. 5th Cir. Certiorari denied. *Cecil L. Woodgate* and *William VanDercreek* for petitioners. *Willard B. Wagner, Jr.,* for respondents.

No. 618. GODFREY ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Paul J. Buckley* for petitioners. *Solicitor General Cox* and *Assistant Attorney General Oberdorfer* for respondent.

No. 622. BRITT, TRUSTEE IN BANKRUPTCY v. DAMSON. C. A. 9th Cir. Certiorari denied.